B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Moraine Industrial Supply, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Liberty Industrial Supply** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**31-1170145** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2268 Sandridge Drive**<br>**Dayton, OH**<br>ZIP Code **45439** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **2268 Sandridge Drive**<br>**Dayton, OH 45439** |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                       Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Moraine Industrial Supply, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Moraine Industrial Supply, Inc.** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Scott A. Kramer**
Signature of Attorney for Debtor(s)

**Scott A. Kramer 0071997**
Printed Name of Attorney for Debtor(s)

**Scott A. Kramer, Esq.**
Firm Name

**93 W. Franklin Street**
**Suite 103**
**Dayton, OH 45459**

Address

**Email: kramerbankruptcy@yahoo.com**
**(937) 222-1700  Fax: (937) 224-0420**
Telephone Number

**June 27, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jon D. Thuermer**
Signature of Authorized Individual

**Jon D. Thuermer**
Printed Name of Authorized Individual

**Executive Vice President**
Title of Authorized Individual

**June 27, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Moraine Industrial Supply, Inc.**                              ,    Case No. _____

                                                                    Debtor

                                                                    Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 428,329.97 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 167,077.60 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 18,360.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 1,041,450.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| | Total Assets | | 428,329.97 | | |
| | Total Liabilities | | | 1,226,888.16 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Moraine Industrial Supply, Inc.**                                    ,   Case No. _____

                                            Debtor

                                                        Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Moraine Industrial Supply, Inc.** , Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__ continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re **Moraine Industrial Supply, Inc.**          ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Huntington National Bank Business Plus Checking Account Account number ending 0643** | - | 75.00 |
| | | **Huntington National Bank Free Business Checking Account Account number ending 5179** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     75.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                        ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | **-** | **2,103.14** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **2,103.14**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.**                                   ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 GMC with 230,254 miles **Condition: Rough** **Location: 2268 Sandridge Drive, Dayton OH 45439** | - | 1,134.00 |
| | | 2000 Ford SRW Super Duty with 180,701 miles **Condition: Fair** **Location: 2268 Sandridge Drive, Dayton OH 45439** | - | 2,741.00 |
| | | 2008 GMC Acadia with 233,940 miles **Condition: Good** **Location: 2268 Sandridge Drive, Dayton OH 45439** | - | 9,003.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous computer equipment. Lease** | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Fixed assets** **Location: 2268 Sandridge Drive, Dayton OH 45439** | - | 276,453.07 |
| 30. Inventory. | | **Miscellaneous inventory** | - | 136,553.22 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     425,884.29
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.** _____ ,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Amount owed by factoring company, Amerisource** | - | **267.54** |

|  |  |
|---|---|
| Sub-Total > | **267.54** |
| (Total of this page) | |
| Total > | **428,329.97** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Moraine Industrial Supply, Inc.**                                    ,    Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **8022** | | | | | 8/16/2013 | | | | | |
| Amerisource Funding, Inc. 7225 Langtry Street Houston, TX 77040 | | - | | | UCC Financing Statement Accounts Receivable | | | | | |
| | | | | | Value $                    2,103.14 | | | | 0.00 | 0.00 |
| Account No. **4680** | | | | | 11/19/2009 | | | | | |
| BayTree Leasing Company, LLC 100 Tri-State International Suite 240 Lincolnshire, IL 60069 | | - | | | UCC Financing Statement Miscellaneous computer equipment. Lease | | | | | |
| | | | | | Value $                    0.00 | | | | 28,000.00 | 28,000.00 |
| Account No. **7767** | | | | | 6/6/2013 | | | | | |
| OnDeck Capital 901 N. Stuart St., Suite 700 Arlington, VA 22203 | X | - | | | UCC Financing Statement Miscellaneous inventory | | | | | |
| | | | | | Value $                  136,553.22 | | | | 11,323.85 | 0.00 |
| Account No. **4177** | | | | | 10/9/2013 | | | | | |
| Small Business Term Loans 3301 University Drive, Suite 300 Pompano Beach, FL 33067 | X | - | | | UCC Financing Statement Fixed assets Location: 2268 Sandridge Drive, Dayton OH 45439 | | | | | |
| | | | | | Value $                  276,453.07 | | | | 127,753.75 | 0.00 |

__0__  continuation sheets attached

|  | Subtotal (Total of this page) | 167,077.60 | 28,000.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 167,077.60 | 28,000.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re     **Moraine Industrial Supply, Inc.**                                        ,          Case No. _____
                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

 

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>  1  </u>     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **2014**<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **Payroll tax** | | | | 17,044.37 | 0.00 | 17,044.37 |
| Account No. **2014**<br><br>**Ohio Attorney General**<br>**Revenue Recovery Services**<br>**Collections**<br>**150 E Gay St 21st Floor**<br>**Columbus, OH 43215** | - | | **Sales Tax** | | | | 1,316.00 | 0.00 | 1,316.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet  **1**  of  **1**  continuation sheets attached to | Subtotal | 0.00 | |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 18,360.37 | 18,360.37 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 18,360.37 | 18,360.37 |

B6F (Official Form 6F) (12/07)

In re  **Moraine Industrial Supply, Inc.**    Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x/2013** <br><br> **A. J. Spangler** <br> **423 Rankin Drive** <br> **Englewood, OH 45322** | - | | | | Loan | | | | **10,000.00** |
| Account No. <br><br> **AAF International** <br> **24828 Network Place** <br> **Chicago, IL 60673** | - | | | | Account | | | | **821.66** |
| Account No. <br><br> **ACA Enterprises** <br> **870 North Woodland Avenue** <br> **Clyde, OH 43410** | - | | | | Account | | | | **93.60** |
| Account No. <br><br> **Ace Gasket Company** <br> **PO Box 54367** <br> **Cincinnati, OH 45254** | - | | | | Account | | | | **183.96** |
| _**37**_  continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | **11,099.22** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.**                                    ,        Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Advance Flexible Composites** <br> **4225 Paysphere Circle** <br> **Chicago, IL 60674** | - | | Account | | | | 1,175.56 |
| Account No. <br><br> **Ajax Tool Works** <br> **PO Box 1129** <br> **Glenview, IL 60025** | - | | Account | | | | 143.35 |
| Account No. <br><br> **Alemite LLC** <br> **1234 Market Street, Floor 11** <br> **Philadelphia, PA 19170** | - | | Account | | | | 107.46 |
| Account No. <br><br> **Allied Shipping and Packaging** <br> **3681 Vance Road** <br> **Dayton, OH 45418** | - | | Account | | | | 150.20 |
| Account No. <br><br> **American Flow Control** <br> **1501 31st Avenue N** <br> **Birmingham, AL 35207** | - | | Account | | | | 27,156.81 |

Sheet no. __1__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,733.38

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __Moraine Industrial Supply, Inc._____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7194**  American Packing and Gasket Company c/o Meyer, Knight & Williams LLP 8100 Washington Avenue, Ste 1000 Houston, TX 77007 | - | | **Judgment** | | | | 1,442.69 |
| Account No.  Apache Hose & Belting 135 S. LaSalle Dept 1726 Chicago, IL 60674 | - | | **Account** | | | | 5,349.64 |
| Account No.  Apex Tools 1000 Lufkin Drive Apex, NC 27539 | - | | **Account** | | | | 6,621.18 |
| Account No.  Applied Industrial 22510 Network Place Chicago, IL 60673 | - | | **Account** | | | | 23.71 |
| Account No.  ARA Refreshment Services 4890 Duff Drive Cincinnati, OH 45246 | - | | **Account** | | | | 167.59 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sheet no. __2__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 13,604.81 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moraine Industrial Supply, Inc.** _____ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**ATP HYDRAULIC PUMP SERVICE**<br>**13176 HIGHWAY 57**<br>**Evansville, IN 47727** | - | | Account | | | | 262.67 |
| Account No.<br>**Bailey Parks Urethane Inc.**<br>**184 GILBERT AVENUE**<br>**Memphis, TN 38106** | - | | Account | | | | 290.00 |
| Account No.<br>**Ball Transport**<br>**7365 CARNELIAN ST., SUITE 106**<br>**Rancho Cucamonga, CA 91730** | - | | Account | | | | 398.09 |
| Account No.<br>**Band-It IDEX, Inc.**<br>**P.O. BOX 96401**<br>**Chicago, IL 60693** | - | | Account | | | | 316.74 |
| Account No.<br>**Beltz International**<br>**489 ROBERTS AVE.**<br>**Louisville, KY 40214** | - | | Account | | | | 1,318.00 |

Sheet no. __3__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,585.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.** _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Black & Decker**<br>**P.O. BOX 223516**<br>**Pittsburgh, PA 15251** | - | | Account | | | | 729.25 |
| Account No.<br><br>**Bondhus Corporation**<br>**Box 660**<br>**Monticello, MN 55362** | - | | Account | | | | 1.24 |
| Account No.<br><br>**Bowen Products Corporation**<br>**5084 SO. ONONDAGA RD.**<br>**Nedrow, NY 13120** | - | | Account | | | | 123.75 |
| Account No.<br><br>**Buckeye Tool**<br>**400 GARGRAVE RD.**<br>**Dayton, OH 45449** | - | | Account | | | | 65.00 |
| Account No.<br><br>**BVA Hydraulics**<br>**10939 N. Pomona Avenue**<br>**Kansas City, MO 64153** | - | | Account | | | | 154.24 |

Sheet no. __4__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **1,073.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moraine Industrial Supply, Inc.**                              ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **BWA South** **10869 READING RD** **Doylestown, OH 44230** | - | | | | | | 290.48 |
| Account No. | | | Account | | | | |
| **Camel Grinding Wheels, Inc.** **7525 NORTH OAK PARK AVENUE** **Niles, IL 60714** | - | | | | | | 1,587.99 |
| Account No. | | | Account | | | | |
| **Carboline Company** **P.O. BOX 931942** **Cleveland, OH 44193** | - | | | | | | 462.80 |
| Account No. **x30.71** | | | | | | | |
| **Carlisle Power Transmission** **21399 Network Place** **Chicago, IL 60673-1213** | - | | | | | | 0.00 |
| Account No. | | | Account | | | | |
| **Century Link** **25W560 Geneva Rd Ste 2** **Carol Stream, IL 60188** | - | | | | | | 149.99 |

Sheet no. __5__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,491.26**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Chemsearch** **23261 NETWORK PLACE** **Chicago, IL 60673** | - | | Account | | | | 164.00 |
| Account No. **Chicago Hardware** **9100 PARKLANE AVE.** **Franklin Park, IL 60131** | - | | Account | | | | 435.20 |
| Account No. **Cincinnati Fan & Vent Co.** **P.O. BOX 640338** **Cincinnati, OH 45264** | - | | Account | | | | 1,848.00 |
| Account No. **Cincinnati Piping Supply Co.** **5583 Creek Rd.** **Cincinnati, OH 45242** | - | | Account | | | | 25.00 |
| Account No. **Cintas Dayton Loc G62** **P.O. BOX 630803** **Cincinnati, OH 45263** | - | | Account | | | | 29.52 |

Sheet no. __6__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,501.72**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2334** <br><br> **Citibank** <br> **PO Box 23315** <br> **Rochester, NY 14692** | - | | Credit card | | | | 5,532.37 |
| Account No. <br><br> **Clipper Courier** <br> **4600 S. Dixie Drive** <br> **Dayton, OH 45439** | - | | Account | | | | 256.58 |
| Account No. <br><br> **Columbus Oil Company** <br> **840 PRESTON AVE** <br> **Columbus, OH 43221** | - | | Account | | | | 63.76 |
| Account No. <br><br> **Complete Filtration** <br> **1776 D WEST CLARKSTON ROAD** <br> **Lake Orion, MI 48362** | - | | Account | | | | 1,272.00 |
| Account No. <br><br> **Continental Minerals** <br> **11817 MOSTELLER RD** <br> **Cincinnati, OH 45241** | - | | Account | | | | 750.00 |

Sheet no. __7__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         7,874.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Corrosion Fluid Products**<br>**DEPT. 78278**<br>**Detroit, MI 48278** | - | | Account | | | | 7,759.00 |
| Account No.<br><br>**CROP Production Services**<br>**7060 CRAWF-CAMP RD.**<br>**Eaton, OH 45320** | - | | Account | | | | 350.25 |
| Account No.<br><br>**Crown Personnel Services Inc.**<br>**P.O. Box 1848**<br>**Dayton, OH 45401** | - | | Account | | | | 10,718.77 |
| Account No.<br><br>**Cummings Moore Graphite Company**<br>**1646 M. GREEN AVE.**<br>**Detroit, MI 48219** | - | | Account | | | | 1,482.49 |
| Account No.<br><br>**Dan Miller**<br>**2226 STEWART RD.**<br>**Xenia, OH 45385** | - | | Account | | | | 481.87 |

Sheet no. __8__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    20,792.38

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dayton Power & Light**<br>**Attn: Bankruptcy Dept**<br>**PO Box 1247**<br>**Dayton, OH 45401** | - | | Utility | | | | 0.00 |
| Account No.<br><br>**Dayton Stencil Works Company**<br>**P.O. Box 126**<br>**Dayton, OH 45401** | - | | Account | | | | 342.40 |
| Account No.<br><br>**Dayton Supply & Tool Co.**<br>**P,O. Box 98412**<br>**Chicago, IL 60693** | - | | Account | | | | 109.95 |
| Account No.<br><br>**Dayton Windustrial Co.**<br>**137 E. Helena Street**<br>**Dayton, OH 45404** | - | | Account | | | | 559.06 |
| Account No.<br><br>**DeCanio Builders Supply Inc.**<br>**P.O. Box 528**<br>**Hinsdale, IL 60522** | - | | Account | | | | 338.00 |

Sheet no. __9__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,349.41

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                              ,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **Dixon Valve & Coupling** **P.O. BOX 890559** **Charlotte, NC 28289** | - | | | | | | 3,688.46 |
| Account No. | | | Account | | | | |
| **Drillco Cutting Tools** **13011 S. Choctaw Dr.** **Baton Rouge, LA 70815** | - | | | | | | 156.25 |
| Account No. | | | Account | | | | |
| **Eagle Equipment Corp** **P.O. BOX 399** **Westerville, OH 43086** | - | | | | | | 475.00 |
| Account No. | | | Account | | | | |
| **Eaton Corporation** **P.O. BOX 93531** **Chicago, IL 60673** | - | | | | | | 5,280.83 |
| Account No. | | | Loan | | | | |
| **Elinore Thuermer** **12 Canterbury Lane** **Williamsburg, VA 23185** | - | | | | | | 4,438.00 |

Sheet no. __10__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      14,038.54

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moraine Industrial Supply, Inc.**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **Engineers Tool Corp** **116 WEST MAIN ST.** **Lake City, IA 51449** | - | | | | | | 902.02 |
| Account No. | | | Account | | | | |
| **Englefield Oil Co** **1639 STANLEY AVE** **Dayton, OH 45404** | - | | | | | | 108.00 |
| Account No. | | | Account | | | | |
| **Ergodyne** **NW8521** **Minneapolis, MN 55485** | - | | | | | | 631.50 |
| Account No. | | | Account | | | | |
| **Ernst Flow Industries** **116 Main St** **Farmingdale, NJ 07727** | - | | | | | | 239.69 |
| Account No. | | | Account | | | | |
| **Exair Corporation** **LOCATION 00766** **Cincinnati, OH 45264** | - | | | | | | 1,042.10 |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,923.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moraine Industrial Supply, Inc.**                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| Eyewash Direct 2310 S. Green Bay Rd. Racine, WI 53406 | - | | | | | | 70.14 |
| Account No. | | | Account | | | | |
| FCX Performance 3000 East 14th Ave. Columbus, OH 43219 | - | | | | | | 899.00 |
| Account No. | | | Account | | | | |
| FedEx P.O. BOX 223125 Pittsburgh, PA 15251 | - | | | | | | 122.15 |
| Account No. | | | Unpaid rent and maintenance costs | | | | |
| Fezco Holdings 5335 Far Hills Avenue Dayton, OH 45429 | X - | | | | | | 40,320.00 |
| Account No. | | | Account | | | | |
| Fittings Unlimited 3000 AVE F Arlington, TX 76011 | - | | | | | | 216.48 |

Sheet no. __12__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,627.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                    ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| Fletcher Machine, Inc. 19537 US Rt 6 Weston, OH 43569 | - | | | | | | 315.00 |
| Account No. | | | Account | | | | |
| Flexaust Company Inc. P.O. BOX 4275 Warsaw, IN 46581 | - | | | | | | 1,306.00 |
| Account No. | | | Account | | | | |
| Flexible Technologies P.O. BOX 905986 Charlotte, NC 28290 | - | | | | | | 209.45 |
| Account No. | | | Account | | | | |
| Garlock Rubber Technologies P.O. BOX 403416 Atlanta, GA 30384 | - | | | | | | 6,500.85 |
| Account No. | | | Account | | | | |
| Gateway Safety 11111 MEMPHIS AVE Cleveland, OH 44144 | - | | | | | | 63.10 |

Sheet no. __13__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **8,394.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **Global Environmental Products** **4624 INTERSTATE DR** **Cincinnati, OH 45246** | - | | | | | | 328.80 |
| Account No. | | | Account | | | | |
| **Guardian Protective Wear** **550 W. ROUTE 897** **Reinholds, PA 17569** | - | | | | | | 1,090.04 |
| Account No. | | | Account | | | | |
| **Hallowell** **401 Jim Moran Blvd** **Boca Raton, FL 33432** | - | | | | | | 6,686.55 |
| Account No. | | | Account | | | | |
| **Hannay Reels** **553 State Rt 143** **Westerlo, NY 12193** | - | | | | | | 761.60 |
| Account No. | | | Account | | | | |
| **Heritage Crystal Clean LLC** **13621 COLLECTIONS CENTER** **Chicago, IL 60693** | - | | | | | | 6,680.89 |

Sheet no. __14__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,547.88

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moraine Industrial Supply, Inc.**                                              ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| Hilti Inc. PO BOX 382002 Pittsburgh, PA 15250 | - | | | | | | 115.49 |
| Account No. | | | Account | | | | |
| Hoist Warehouse DIV. OF CRANE AMERICA Cincinnati, OH 45263 | - | | | | | | 82.88 |
| Account No. | | | Account | | | | |
| Home Rubber Company PO BOX 878 Trenton, NJ 08605 | - | | | | | | 310.50 |
| Account No. | | | Account | | | | |
| Industrial Gasket & Shim Co., Inc. 200 Country Club Road Meadow Lands, PA 15347 | - | | | | | | 166.37 |
| Account No. | | | Account | | | | |
| Industrial Ladder Supply Co. 4707 Enterprise Avenue #5 Naples, FL 34104 | - | | | | | | 1,070.46 |

Sheet no. __15__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,745.70**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moraine Industrial Supply, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Industrial Plastics & Machine** <br> **6829 S. CHOCTAW DR.** <br> **Baton Rouge, LA 70806** | - | | Account | | | | 252.00 |
| Account No. <br><br> **Interior Supply** <br> **2655 VIKING LANE** <br> **Dayton, OH 45439** | - | | Account | | | | 120.00 |
| Account No. <br><br> **IPS Corporation** <br> **455 W Victoria St** <br> **Compton, CA 90220** | - | | Account | | | | 230.69 |
| Account No. <br><br> **ISSI LLC** <br> **1299 Campbell Road** <br> **Marion, OH 43302** | - | | Account | | | | 37.08 |
| Account No. <br><br> **Jon D. Thuermer** <br> **1976 Burnham Lane** <br> **Dayton, OH 45429** | - | | Loan | | | | 471,000.00 |
| Sheet no. __16__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br> (Total of this page) | | | | 471,639.77 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**K&M Fastener**<br>**94-F COMPARK RD**<br>**Dayton, OH 45459** | - | | Account | | | | 111.00 |
| Account No.<br><br>**Kano Laboratories, Inc.**<br>**P. O. Box 110098**<br>**Nashville, TN 37222** | - | | Account | | | | 3,039.65 |
| Account No.<br><br>**Karen Thuermer**<br>**212 N. Pitt Street**<br>**Alexandria, VA 22314-2591** | - | | Loan | | | | 86,854.00 |
| Account No.<br><br>**Kentak Products Co.**<br>**P.O. BOX 979**<br>**East Liverpool, OH 43920** | - | | Account | | | | 248.65 |
| Account No.<br><br>**Kraissl Company**<br>**PO BOX 2363**<br>**Hackensack, NJ 07601** | - | | Account | | | | 1,762.56 |

Sheet no. __17__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,015.86

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moraine Industrial Supply, Inc.**                                                      ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| Kuriyama of America, Inc. P.O. BOX 91628 Chicago, IL 60693 | - | | | | | | 9,356.38 |
| Account No. | | | Account | | | | |
| Lagasse, Inc. 1339 SOLUTIONS CENTER Chicago, IL 60677 | - | | | | | | 4,464.97 |
| Account No. | | | Account | | | | |
| Laird Plastics 75 REMITTANCE DRIVE Chicago, IL 60675 | - | | | | | | 756.79 |
| Account No. | | | Account | | | | |
| Lenz Company P.O.BOX 1044 Dayton, OH 45401 | - | | | | | | 36.72 |
| Account No. | | | Account | | | | |
| Liftex Corporation 48D VINCENT CIRCLE Warminster, PA 18974 | - | | | | | | 1,857.21 |

Sheet no. __18__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    16,472.07

B6F (Official Form 6F) (12/07) - Cont.

In re **Moraine Industrial Supply, Inc.**                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **Linzer Products Corporation** **248 WYANDANCH AVE** **Amityville, NY 11701** | - | | | | | | 296.03 |
| Account No. | | | Account | | | | |
| **M&R Electric** **1516 E. 5th Street** **Dayton, OH 45403** | - | | | | | | 1,079.75 |
| Account No. | | | Account | | | | |
| **Materials Resources** **815 Lester Avenue** **Saint Joseph, MI 49085** | - | | | | | | 1,416.01 |
| Account No. | | | Account | | | | |
| **McAllister Mills** **□173 Rainbow Cir Dr** **Independence, VA 24348** | - | | | | | | 50.88 |
| Account No. | | | Account | | | | |
| **McCabe & Sons** **777 Clark Rd.** **Danville, VT 05828** | - | | | | | | 36.00 |

Sheet no. __19__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         2,878.67

B6F (Official Form 6F) (12/07) - Cont.

In re **Moraine Industrial Supply, Inc.** _____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MCS Industrial Supply Co**<br>**Dept CH0075**<br>**Palatine, IL 60055** | - | | Account | | | | 113.76 |
| Account No.<br><br>**Mechanix Wear**<br>**28525 WITHERSPOON PARKWAY**<br>**Valencia, CA 91355** | - | | Account | | | | 222.00 |
| Account No.<br><br>**Medical Mutual of Ohio**<br>**PO Box 951922**<br>**Cleveland, OH 44193** | - | | **Jan. and Feb 2014**<br>**Medical premiums** | | | | 16,001.68 |
| Account No.<br><br>**Mercer Supply LLC**<br>**4460 WEST MITCHELL AVE**<br>**Cincinnati, OH 45232** | - | | Account | | | | 62.76 |
| Account No.<br><br>**Metabo Corporation**<br>**P.O. Box 824578**<br>**Philadelphia, PA 19182** | - | | Account | | | | 10,879.29 |

Sheet no. __20__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,279.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.** _____,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Miami Valley Gasket Co. Inc**<br>**1222 East Third Street**<br>**Dayton, OH 45402** | - | | Account | | | | 51.24 |
| Account No.<br><br>**Michigan Drill**<br>**P.O. BOX 7012**<br>**Troy, MI 48007** | - | | Account | | | | 463.97 |
| Account No.<br><br>**Mid State Sales Inc**<br>**1101 GAHANNA PARKWAY**<br>**Columbus, OH 43230** | - | | Account | | | | 1,856.86 |
| Account No.<br><br>**Midland Metal Mfg. Co**<br>**P.O. BOX 415040**<br>**Kansas City, MO 64141** | - | | Account | | | | 17.85 |
| Account No.<br><br>**Midstate Tool & Supply**<br>**121 HALBRITTER DR**<br>**Altoona, PA 16601** | - | | Account | | | | 6,517.70 |

Sheet no. __21__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,907.62**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.**                                ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **Midwest Industrial Products** **7424 BESSEMER AVE** **Cleveland, OH 44127** | - | | | | | | 860.12 |
| Account No. | | | Account | | | | |
| **MOL Belting Company** **P.O. BOX 141095** **Grand Rapids, MI 49514** | - | | | | | | 1,541.74 |
| Account No. | | | Account | | | | |
| **Motion Industries** **7400 Webster Street** **Dayton, OH 45404** | - | | | | | | 119.10 |
| Account No. | | | Account | | | | |
| **Mulhern Belting Inc.** **P.O. BOX 620** **Oakland, NJ 07436** | - | | | | | | 6,995.99 |
| Account No. | | | Account | | | | |
| **MW Hott Co.** **P.O. BOX 62020** **Cincinnati, OH 45242** | - | | | | | | 105.00 |

Sheet no. __22__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,621.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **National Access Design** **3719 LONSDALE ST.** **Cincinnati, OH 45227** | - | | | | | | 310.80 |
| Account No. | | | Account | | | | |
| **National Marker Company** **100 Providence Pike** **North Smithfield, RI 02896** | - | | | | | | 6.97 |
| Account No. | | | Account | | | | |
| **Norcross Safety Products** **7993 COLLECTIONS CENTER DR** **Chicago, IL 60693** | - | | | | | | 262.67 |
| Account No. | | | Account | | | | |
| **North Safety Products** **P.O. BOX 11396** **MONTREAL, QU N3C 5H1** | - | | | | | | 1,360.49 |
| Account No. | | | Account | | | | |
| **Novaflex Hose** **DIV. OF UNICHEM HOSE** **1201 W 37th Street** **Chicago, IL 60609** | - | | | | | | 247.09 |

Sheet no. __23__ of __37__ sheets attached to Schedule of          Subtotal              | 2,188.02
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moraine Industrial Supply, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Account | | | | |
| **Ohio Hydraulics** **2510 E. Sharon Rd.** **Cincinnati, OH 45241-1891** | - | | | | | | | 1,674.80 |
| Account No. | | | | Account | | | | |
| **Oregon Pneumatic Tool** **15635 SE 114TH AVE. SUITE 105** **Clackamas, OR 97015** | - | | | | | | | 1,465.11 |
| Account No. | | | | Account | | | | |
| **ORS Nasco** **3706 Solutions Center** **Chicago, IL 60677** | - | | | | | | | 16,536.36 |
| Account No. | | | | Account | | | | |
| **OSHKOSH TOOL COMPANY INC** **P.O. Box 464** **Omro, WI 54963** | - | | | | | | | 363.82 |
| Account No. | | | | Account | | | | |
| **OSRAM SYLVANIA, INC** **18725 N UNION STREET** **Westfield, IN 46074** | - | | | | | | | 374.76 |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,414.85

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Moraine Industrial Supply, Inc.** _____ ,     Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PACIFIC ECHO**<br>**23540 TELO AVENUE**<br>**Torrance, CA 90505** | - | | Account | | | | 3,775.00 |
| Account No.<br><br>**Pallet Rack Supply**<br>**2042 Northwest Dr.**<br>**Cincinnati, OH 45231** | - | | Account | | | | 7,835.00 |
| Account No.<br><br>**PAYCHEX, Inc.**<br>**P.O. BOX 4482**<br>**Carol Stream, IL 60197** | - | | Account | | | | 450.90 |
| Account No.<br><br>**PFERD Milwaukee Brush Co.**<br>**30 Jytek Drive**<br>**Leominster, MA 01453-5915** | - | | Account | | | | 1,206.75 |
| Account No.<br><br>**Pickrel Brothers Inc.**<br>**901 S. Perry St.**<br>**Dayton, OH 45402** | - | | Account | | | | 27.58 |

Sheet no. __25__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,295.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Preferred Tool & Equipment**<br>**PO Box 1004**<br>**Wixom, MI 48393-1004** | - | | Account | | | | 1,333.20 |
| Account No.<br><br>**PREMIER SAFETY & SERVICE, INC**<br>**3063 DRYDEN ROAD**<br>**Dayton, OH 45439** | - | | Account | | | | 75.60 |
| Account No.<br><br>**PRESSURE CONNECTIONS**<br>**610 CLAYCRAFT RD.**<br>**Columbus, OH 43230** | - | | Account | | | | 5,895.53 |
| Account No.<br><br>**PRESSURE SPRAY, INC.**<br>**4814 PETER DRIVE**<br>**Cincinnati, OH 45246** | - | | Account | | | | 162.77 |
| Account No.<br><br>**Production Tool**<br>**P.O. Box 670587**<br>**Detroit, MI 48267** | - | | Account | | | | 395.29 |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,862.39

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.** _____ ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Protective Industrial Products** <br> **968 Albany Shaker Rd.** <br> **Latham, NY 12110** | - | | Account | | | | 2,305.68 |
| Account No. <br><br> **PUMA INDUSTRIES, INC.** <br> **P.O. BOX 140085** <br> **Memphis, TN 38114** | - | | Account | | | | 73.08 |
| Account No. <br><br> **R3 SAFETY** <br> **14418 COLLECTIONS CENTER** <br> **Chicago, IL 60693** | - | | Account | | | | 227.36 |
| Account No. <br><br> **Rawdon Myers, Inc.** <br> **300 Milford Parkway** <br> **Milford, OH 45150** | - | | Account | | | | 395.58 |
| Account No. <br><br> **Reassure America Life** <br> **P.O. Box 19099** <br> **Newark, NJ 07195-0099** | - | | Account | | | | 75.00 |

Sheet no. __27__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,076.70**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moraine Industrial Supply, Inc.**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Account | | | | |
| Regional Supplies,Inc. 530 Collins Road Marietta, GA 30066 | - | | | | | | 2,674.84 |
| Account No. | | | Account | | | | |
| RELTON CORPORATION P.O. BOX 60019 Arcadia, CA 91066-6019 | - | | | | | | 1,146.00 |
| Account No. | | | Account | | | | |
| ROBINSON SALT SUPPLY 1202 PINE KNOLL COURT Miamisburg, OH 45342 | - | | | | | | 8,625.96 |
| Account No. | | | Account | | | | |
| RODEM PROCESS 5095 CROOKSHANK RD Cincinnati, OH 45238 | - | | | | | | 5,171.65 |
| Account No. | | | CPA | | | | |
| Rudler PCS 1881 Dixie Highway Suite 200 Covington, KY 41011 | - | | | | | | 5,800.00 |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **23,418.45**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moraine Industrial Supply, Inc.**                          , Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **RYAN HERCO** **1311 EAST SCHAAF RD.** **Independence, OH 44131** | - | | | | | | 42.00 |
| Account No. | | | Account | | | | |
| **Safety Zone, LLC** **P. O. Box 85** **Centerbrook, CT 06409** | - | | | | | | 4,167.25 |
| Account No. | | | Account | | | | |
| **Sams Club** **PO Box 530970** **Atlanta, GA 30353** | - | | | | | | 383.36 |
| Account No. | | | Account | | | | |
| **SBS PRODUCTS** **2815 Coliseum Centre Drive** **Charlotte, NC 28217** | - | | | | | | 560.84 |
| Account No. | | | Account | | | | |
| **SCHMIDT MARKING SYSTEMS** **6151 W. Howard Street** **Niles, IL 60714** | - | | | | | | 53.27 |

Sheet no.  **29**  of  **37**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **5,206.72**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moraine Industrial Supply, Inc.**
                                                      ,
                          Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **SCOTTISSUE** **3275 DRYDEN RD.** **Dayton, OH 45439** | - | | | | | | 1,945.02 |
| Account No. | | | Account | | | | |
| **Shingle Belting** **420 Drew Ct.** **King of Prussia, PA 19406** | - | | | | | | 845.47 |
| Account No. | | | Account | | | | |
| **SIEGLING AMERICA, INC.** **P. O. BOX 60943** **Charlotte, NC 28260** | - | | | | | | 1,188.00 |
| Account No. | | | Account | | | | |
| **Sign Post Innovations** **P.O. Box 8105** **Scottsdale, AZ 85252** | - | | | | | | 83.50 |
| Account No. | | | Account | | | | |
| **SKINNER BROTHERS COMPANY** **1317 E. 5TH PLACE** **Greenville, IN 47124** | - | | | | | | 224.60 |

Sheet no. __30__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,286.59

B6F (Official Form 6F) (12/07) - Cont.

In re **Moraine Industrial Supply, Inc.** ,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx/xxxx0568**<br><br>**Snap On Industrial**<br>**3011 East Route 176**<br>**Crystal Lake, IL 60014** | - | | Account | | | | 73.78 |
| Account No.<br><br>**SNAP-ON INDUSTRIAL BRANDS**<br>**23001 NETWORK PLACE**<br>**Chicago, IL 60673-1230** | - | | Account | | | | 3,439.04 |
| Account No.<br><br>**SPEAKMAN**<br>**400 ANCHOR MILL RD**<br>**New Castle, DE 19720** | - | | Account | | | | 56.88 |
| Account No.<br><br>**Stanco Manufacturing, Inc.**<br>**2004 W. Main St.**<br>**Atlanta, TX 75551** | - | | Account | | | | 756.08 |
| Account No.<br><br>**STREAMLINE WASHDOWN EQUIPMENT**<br>**P.O. BOX 4179**<br>**Carlsbad, CA 92018-4179** | - | | Account | | | | 2,370.07 |

Sheet no. __31__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,695.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.**                                                       ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **STRONG HOLD PRODUCTS** PO Box 9043 Louisville, KY 40209 | - | | Account | | | | 6,263.62 |
| Account No. **Superior Abrasives Inc.** P.O. Box 13086 Dayton, OH 45413 | - | | Account | | | | 181.00 |
| Account No. **Swanson Tool Co., Inc.** 211 Ontario Street Frankfort, IL 60423-1649 | - | | Account | | | | 214.80 |
| Account No. **TENNSCO** P.O. BOX 440307 Nashville, TN 37244-0307 | - | | Account | | | | 586.50 |
| Account No. **Thaman Rubber Company** 3280 Hageman St. Cincinnati, OH 45241 | - | | Account | | | | 5,897.45 |

Sheet no. __32__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        13,143.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.**                                    ,          Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1817** <br><br> **The Cincinnati Insurance Companies** <br> **PO Box 145496** <br> **Cincinnati, OH 45250-5496** | - | | Insurance | | | | 3,366.00 |
| Account No. <br><br> **Titan Fastener Products, Inc.** <br> **2627 Sidney Lanier Drive** <br> **Brunswick, GA 31525** | - | | Account | | | | 151.95 |
| Account No. <br><br> **TR3 COMPANY** <br> **PO BOX 427** <br> **Columbia, KY 42728** | - | | Account | | | | 56.00 |
| Account No. <br><br> **TRI-STATE WIRE AND ROPE** <br> **5246 WOOSTER PIKE** <br> **Cincinnati, OH 45226** | - | | Account | | | | 808.20 |
| Account No. <br><br> **TRIAD TECHNOLOGIES LLC** <br> **P.O. BOX 634626** <br> **Cincinnati, OH 45263-4626** | - | | Account | | | | 38.40 |

Sheet no. __33__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,420.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.**                                      ,       Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **TRU-SERVE CORPORATION** **P.O. BOX 71301** **Chicago, IL 60694-1301** | - | | | | | | 56,532.86 |
| Account No. | | | Account | | | | |
| **U.S. Hose and Coupling, Inc.** **PO BOX 13180** **Dayton, OH 45413** | - | | | | | | 5,257.05 |
| Account No. | | | Account | | | | |
| **UPS FREIGHT** **28013 NETWORK PLACE** **Chicago, IL 60673-1280** | - | | | | | | 21,268.55 |
| Account No. **5537** | | | Loan | | | | |
| **US Bank** **Bankruptcy Department** **Box 5229** **Cincinnati, OH 45201** | - | | | | | | 9,141.22 |
| Account No. **0585** | | | Credit card | | | | |
| **US Bank Visa** **PO Box 790408** **Saint Louis, MO 63179-0408** | - | | | | | | 7,622.02 |

| | | |
|---|---|---|
| Sheet no. __34__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 99,821.70 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5537** <br><br> **US Bank Visa** <br> **PO Box 790408** <br> **Saint Louis, MO 63179-0408** | - | | Credit card | | | | 10,800.60 |
| Account No. **3828** <br><br> **US Bank Visa** <br> **PO Box 790408** <br> **Saint Louis, MO 63179-0408** | - | | Credit card | | | | 15,235.39 |
| Account No. <br><br> **Vectren Energy Delivery** <br> **PO Box 6262** <br> **Indianapolis, IN 46206** | - | | Utility | | | | 0.00 |
| Account No. <br><br> **VSM ABRASIVES** <br> **1012 EAST WABASH AVE** <br> **O Fallon, MO 63366** | - | | Account | | | | 181.75 |
| Account No. <br><br> **WALTER SURFACE TECHNOLOGIES** <br> **810 DAY HILL RD.** <br> **Windsor, CT 06095** | - | | Account | | | | 684.29 |

Sheet no. __35__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,902.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Waltz Dettmer Supply Co.**<br>**4811 Winton Rd.**<br>**Cincinnati, OH 45232** | - | | Account | | | | 3,039.47 |
| Account No. <br><br>**WATERLOO INDUSTRIES INC.**<br>**75 REMITTANCE DR.**<br>**Chicago, IL 60675-1014** | - | | Account | | | | 2.75 |
| Account No. <br><br>**WEAVER LEATHER**<br>**P.O. BOX 68**<br>**Mount Hope, OH 44660** | - | | Account | | | | 18.84 |
| Account No. <br><br>**Webstone Company**<br>**P.O. Box 59**<br>**Worcester, MA 01603** | - | | Account | | | | 94.78 |
| Account No. <br><br>**Weiler Welding**<br>**324 E. 2nd Street**<br>**Dayton, OH 45402-1759** | - | | Account | | | | 139.05 |

Sheet no. __36__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,294.89**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moraine Industrial Supply, Inc.** _____ ,   Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Account | | | | |
| **WELDING MATERIAL SALES 1340 REED ROAD Geneva, IL 60134** | - | | | | | | 92.74 |
| Account No. | | | Account | | | | |
| **WEST CHESTER HOLDINGS, INC 3128 RELIABLE PARKWAY Chicago, IL 60686** | - | | | | | | 233.86 |
| Account No. | | | Account | | | | |
| **Winar/#1 Sales, Inc. P.O. Box 270 Richfield, OH 44286** | - | | | | | | 1,595.00 |
| Account No. | | | Account | | | | |
| **WORTHINGTON CYLINDER 1085 DEARBORN DR Columbus, OH 43085** | - | | | | | | 302.35 |
| Account No. | | | | | | | |

Sheet no. __37__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 2,223.95 |
| Total (Report on Summary of Schedules) | 1,041,450.19 |

B6G (Official Form 6G) (12/07)

In re    **Moraine Industrial Supply, Inc.**                                     ,       Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BayTree Leasing Company, LLC**<br>**100 Tri-State International**<br>**Suite 240**<br>**Lincolnshire, IL 60069** | **Lease of computer equipment.  Debtor rejects the lease.** |
| **Fezco Holdings**<br>**5700 Far Hills Avenue**<br>**Dayton, OH 45429** | **Lease of business warehouse and office property. Debtor rejects the lease.** |
| **The Cincinnati Insurance Companies**<br>**PO Box 145496**<br>**Cincinnati, OH 45250-5496** | **The debtor rejects the insurance contract.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Moraine Industrial Supply, Inc.**        ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **A. J. Spangler**<br>**423 Rankin Drive**<br>**Englewood, OH 45322** | **Small Business Term Loans**<br>**3301 University Drive, Suite 300**<br>**Pompano Beach, FL 33067** |
| **A. J. Spangler**<br>**423 Rankin Drive**<br>**Englewood, OH 45322** | **OnDeck Capital**<br>**901 N. Stuart St., Suite 700**<br>**Arlington, VA 22203** |
| **Jon D. Thuermer**<br>**1976 Burnham Lane**<br>**Dayton, OH 45429** | **Small Business Term Loans**<br>**3301 University Drive, Suite 300**<br>**Pompano Beach, FL 33067** |
| **Jon D. Thuermer**<br>**1976 Burnham Lane**<br>**Dayton, OH 45429** | **OnDeck Capital**<br>**901 N. Stuart St., Suite 700**<br>**Arlington, VA 22203** |
| **Jon D. Thuermer**<br>**1976 Burnham Lane**<br>**Dayton, OH 45429** | **Fezco Holdings**<br>**5335 Far Hills Avenue**<br>**Dayton, OH 45429** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Moraine Industrial Supply, Inc.**                                          Case No.

_____

Debtor(s)                              Chapter     **7**

_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **50** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 27, 2014**                              Signature   **/s/ Jon D. Thuermer**

**Jon D. Thuermer**

**Executive Vice President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Moraine Industrial Supply, Inc.**                                           Case No.
                                                        Debtor(s)           Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐        business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar
         year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this
         calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may
         report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for
         each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint
         petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$132,107.98** | **2014 Gross Receipts YTD** |
| **$2,021,460.33** | **2013 Gross Receipts** |
| **$2,385,907.00** | **2012 Gross Receipts** |

---

**2. Income other than from employment or operation of business**

None     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
■        during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
         each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
         petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None** ■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Packing and Gasket Company LP vs Moraine Industrial Supply, Inc. Cause Number: 1047194** | **Collection** | **County Civil Court at Law #2, Harris County, Texas** | **Default judgment** |

**None** ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Scott A. Kramer, Esq.**<br>**93 W. Franklin Street**<br>**Suite 103**<br>**Dayton, OH 45459** | **June 2014** | **Attorney fee $5,000.00**<br>**Filing fee $335.00** |

B7 (Official Form 7) (04/13)
4

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☐ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

---

### 18 . Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Moraine Industrial Supply** | **31-1170145** | | **Industrial supply sales** | **April 10, 1986 to May 12, 2014** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jon D. Thuemer** **1976 Burnham Lane** **Dayton, OH 45429** | **1986 to present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Rudler PSC** | **1881 Dixie Highway, Suite 200** **Covington, KY 41011** | |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS |
|---|---|
| **Rudler PSC** | **1881 Dixie Highway, Suite 200**<br>**Covington, KY 41011** |

None
■      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

---

**20. Inventories**

None
■      a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY         INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
                                                                  (Specify cost, market or other basis)

None
■      b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                   RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■      a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                   NATURE OF INTEREST             PERCENTAGE OF INTEREST

None
☐      b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Jon D. Thuermer**<br>**1976 Burnham Lane**<br>**Dayton, OH 45429** | **Executive VP** | **44%** |
| **A. J. Spangler**<br>**423 Rankin Drive**<br>**Englewood, OH 45322** | **President** | **33%** |
| **Jamie J. Spangler**<br>**406 Bluebell Court**<br>**Dayton, OH 45415** | **VP** | **22%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■      a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                         ADDRESS                               DATE OF WITHDRAWAL

None
■      b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                   TITLE                        DATE OF TERMINATION

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Jamie Spangler <br><br> Shareholder | See attachment | See attachment |
| Jon D. Thuermer <br> 1976 Burnham Lane <br> Dayton, OH 45429 <br> Shareholder | See attachment | See attachment |
| A. J. Spangler <br> 423 Rankin Drive <br> Englewood, OH 45322 <br> Shareholder | See attachment | See attachment |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)
401k                                                        31-1170145

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **June 27, 2014**                        Signature    **/s/ Jon D. Thuermer**
                                                              **Jon D. Thuermer**
                                                              **Executive Vice President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# Check Register

Banks: 1 To 1
Dates: 5/1/2013 00:00:00 To 5/28/2014 23:59:59

Date Created: 1/1/1990 To 12/31/2049
Date Last Modified: 1/1/1990 To 12/31/2049
Last Maintained By: To ZZZZZZZ

Company ID: MIS
Moraine Industrial Supply, Inc.

Date: 5/28/2014
Time: 11:42:29 AM

| Bank No Check No | Check Date | Void | Void Period | Void Year | Vendor | Cleared | Check Amount | Terms Taken |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 134642 | 05/24/13 | N | | | Jamie Spangler | Y | 10,059.74 | .00 |
| 134873 | 09/13/13 | N | | | Jamie Spangler | Y | 4,497.85 | .00 |
| 135067 | 01/13/14 | N | | | Jamie Spangler | Y | 2,029.79 | .00 |
| 135084 | 01/24/14 | N | | | Jamie Spangler | N | 227.10 | .00 |
| 135096 | 02/07/14 | N | | | Jamie Spangler | N | 83.04 | .00 |
| JJS-05-15-13A | 05/15/13 | N | | | Jamie Spangler | Y | 4,642.73 | .00 |
| JJS-052013A | 05/20/13 | N | | | Jamie Spangler | Y | 3,862.09 | .00 |
| jjs-062813A | 06/28/13 | N | | | Jamie Spangler | Y | 5,352.28 | .00 |
| jjs-071213A | 07/12/13 | N | | | Jamie Spangler | Y | 6,670.96 | .00 |
| JJS-071913A | 07/19/13 | N | | | Jamie Spangler | Y | 1,876.20 | .00 |
| JJS-082613A | 08/26/13 | N | | | Jamie Spangler | Y | 4,929.59 | .00 |
| JJS-090313A | 09/03/13 | N | | | Jamie Spangler | Y | 6,196.42 | .00 |
| jjs-092813A | 09/26/13 | N | | | Jamie Spangler | Y | 22,922.88 | .00 |
| jjs-100813A | 10/09/13 | N | | | Jamie Spangler | Y | 2,369.07 | .00 |
| jjs-101113A | 10/10/13 | N | | | Jamie Spangler | Y | 3,719.47 | .00 |
| JJS-101813A | 10/18/13 | N | | | Jamie Spangler | Y | 10,006.33 | .00 |
| jjs-102813A | 10/28/13 | N | | | Jamie Spangler | Y | 1,665.01 | .00 |
| JJS-110813A | 11/08/13 | N | | | Jamie Spangler | Y | 1,568.23 | .00 |
| JJS-112213A | 11/22/13 | N | | | Jamie Spangler | Y | 3,526.95 | .00 |
| JJS-120913A | 12/09/13 | N | | | Jamie Spangler | Y | 1,812.95 | .00 |
| paypal 9-13A | 09/20/13 | Y | 9 | 2013 | Jamie Spangler | N | 3,817.75 | 203.65 |
| paypal-092013A | 09/20/13 | N | | | Jamie Spangler | Y | 203.65 | .00 |

Bank 1 Totals: 98,222.33   0.00

Company MIS Totals: $98,222.33   $0.00

# Check Register

Banks: 1 To 1                          Date Created: 1/1/1990 To 12/31/2049
Dates: 6/1/2013 00:00:00 To 5/1/2014 23:59:59      Date Last Modified: 1/1/1990 To 12/31/2049
Last Maintained By: To ZZZZZZZ

Company ID: MIS                                           Date: 6/10/2014
Moraine Industrial Supply, Inc.                          Time: 02:57:11 PM

| Bank No<br>Check No | Check Date | Void | Void<br>Period | Void<br>Year | Vendor | Cleared | Check<br>Amount | Terms<br>Taken |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 134655 | 06/05/13 | N | | | Jon D.Thuermer | Y | 1,000.00 | .00 |
| 134736 | 07/01/13 | N | | | Jon D.Thuermer | Y | 2,000.00 | .00 |
| 134740 | 07/10/13 | N | | | Jon D.Thuermer | Y | 500.00 | .00 |
| 134805 | 08/06/13 | N | | | Jon D.Thuermer | Y | 300.00 | .00 |
| 135039 | 12/06/13 | N | | | Jon D.Thuermer | Y | 2,031.28 | .00 |
| jdt+071713AA | 07/16/13 | N | | | Jon D.Thuermer | Y | 500.00 | .00 |
| JDT-070513A | 07/05/13 | N | | | Jon D.Thuermer | Y | 500.00 | .00 |
| JDT-071613A | 07/16/13 | Y | 7 | 2013 | Jon D.Thuermer | N | 797.85 | 500.00 |
| JDT-0731113A | 07/31/13 | N | | | Jon D.Thuermer | Y | 2,000.00 | .00 |
| JDT-080813A | 08/08/13 | N | | | Jon D.Thuermer | Y | 3,600.00 | .00 |
| jdt-082913A | 08/29/13 | N | | | Jon D.Thuermer | Y | 1,200.00 | .00 |
| JDT-100313A | 10/03/13 | N | | | Jon D.Thuermer | Y | 1,200.00 | .00 |
| JDT-101113A | 10/11/13 | N | | | Jon D.Thuermer | Y | 500.00 | .00 |
| jdt-103013A | 10/30/13 | N | | | Jon D.Thuermer | Y | 2,000.00 | .00 |
| jdt-11-29-13A | 11/29/13 | N | | | Jon D.Thuermer | Y | 2,000.00 | .00 |
| JDT-111213A | 11/12/13 | N | | | Jon D.Thuermer | Y | 500.00 | .00 |
| JDT123013A | 12/31/13 | N | | | Jon D.Thuermer | Y | 2,000.00 | .00 |

Bank 1  Totals:      21,831.28      0.00

Company MIS  Totals:      $21,831.28      $0.00

# Check Register

Banks: 1 To 1
Dates: 5/1/2013 00:00:00 To 5/28/2014 23:59:59

Date Created: 1/1/1990 To 12/31/2049
Date Last Modified: 1/1/1990 To 12/31/2049
Last Maintained By:  To ZZZZZZZ

Company ID:  MIS
Moraine Industrial Supply, Inc.

Date: 5/28/2014
Time: 11:45:46 AM

| Bank No Check No | Check Date | Void | Void Period | Void Year | Vendor | Cleared | Check Amount | Terms Taken |
|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | |
| 134598 | 05/03/13 | Y | 5 | 2013 | A.J. Spangler | N | 485.10 | .00 |
| 134599 | 05/03/13 | N | | | A.J. Spangler | Y | 485.10 | .00 |
| 134684 | 06/12/13 | N | | | A.J. Spangler | Y | 786.21 | .00 |
| 134925 | 10/10/13 | N | | | A.J. Spangler | Y | 645.32 | .00 |
| 134992 | 11/12/13 | N | | | A.J. Spangler | Y | 57.97 | .00 |
| 135102 | 03/10/14 | N | | | A.J. Spangler | N | 763.09 | .00 |
| | | | | | Bank 1  Totals: | | 2,737.69 | 0.00 |
| | | | | | Company MIS  Totals: | | $2,737.69 | $0.00 |

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Moraine Industrial Supply, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, preparation of motions and orders associated with vehicle redemption under 11 USC 722, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 27, 2014**

**/s/ Scott A. Kramer**
**Scott A. Kramer 0071997**
**Scott A. Kramer, Esq.**
**93 W. Franklin Street**
**Suite 103**
**Dayton, OH 45459**
**(937) 222-1700  Fax: (937) 224-0420**
**kramerbankruptcy@yahoo.com**

A. J. Spangler
423 Rankin Drive
Englewood, OH 45322

A. J. Spangler
423 Rankin Drive
Englewood, OH 45322

A. J. Spangler
423 Rankin Drive
Englewood, OH 45322

AAF International
24828 Network Place
Chicago, IL 60673

ACA Enterprises
870 North Woodland Avenue
Clyde, OH 43410

Ace Gasket Company
PO Box 54367
Cincinnati, OH 45254

Advance Flexible Composites
4225 Paysphere Circle
Chicago, IL 60674

Ajax Tool Works
PO Box 1129
Glenview, IL 60025

Alemite LLC
1234 Market Street, Floor 11
Philadelphia, PA 19170

Allied Shipping and Packaging
3681 Vance Road
Dayton, OH 45418

American Flow Control
1501 31st Avenue N
Birmingham, AL 35207

American Packing and Gasket Company
c/o Meyer, Knight & Williams LLP
8100 Washington Avenue, Ste 1000
Houston, TX 77007

Amerisource Funding, Inc.
7225 Langtry Street
Houston, TX 77040

Apache Hose & Belting
135 S. LaSalle Dept 1726
Chicago, IL 60674

Apex Tools
1000 Lufkin Drive
Apex, NC 27539

Applied Industrial
22510 Network Place
Chicago, IL 60673

ARA Refreshment Services
4890 Duff Drive
Cincinnati, OH 45246

ATP HYDRAULIC PUMP SERVICE
13176 HIGHWAY 57
Evansville, IN 47727

Bailey Parks Urethane Inc.
184 GILBERT AVENUE
Memphis, TN 38106

Ball Transport
7365 CARNELIAN ST., SUITE 106
Rancho Cucamonga, CA 91730

Band-It IDEX, Inc.
P.O. BOX 96401
Chicago, IL 60693

BayTree Leasing Company, LLC
100 Tri-State International
Suite 240
Lincolnshire, IL 60069

BayTree Leasing Company, LLC
100 Tri-State International
Suite 240
Lincolnshire, IL 60069

Beltz International
489 ROBERTS AVE.
Louisville, KY 40214

Black & Decker
P.O. BOX 223516
Pittsburgh, PA 15251

Bondhus Corporation
Box 660
Monticello, MN 55362

Bowen Products Corporation
5084 SO. ONONDAGA RD.
Nedrow, NY 13120

Buckeye Tool
400 GARGRAVE RD.
Dayton, OH 45449

BVA Hydraulics
10939 N. Pomona Avenue
Kansas City, MO 64153

BWA South
10869 READING RD
Doylestown, OH 44230

Camel Grinding Wheels, Inc.
7525 NORTH OAK PARK AVENUE
Niles, IL 60714

Carboline Company
P.O. BOX 931942
Cleveland, OH 44193

Carlisle Power Transmission
21399 Network Place
Chicago, IL 60673-1213

Century Link
25W560 Geneva Rd Ste 2
Carol Stream, IL 60188

Chemsearch
23261 NETWORK PLACE
Chicago, IL 60673

Chicago Hardware
9100 PARKLANE AVE.
Franklin Park, IL 60131

Cincinnati Fan & Vent Co.
P.O. BOX 640338
Cincinnati, OH 45264

Cincinnati Piping Supply Co.
5583 Creek Rd.
Cincinnati, OH 45242

Cintas Dayton Loc G62
P.O. BOX 630803
Cincinnati, OH 45263

Citibank
PO Box 23315
Rochester, NY 14692

Clipper Courier
4600 S. Dixie Drive
Dayton, OH 45439

Columbus Oil Company
840 PRESTON AVE
Columbus, OH 43221

Complete Filtration
1776 D WEST CLARKSTON ROAD
Lake Orion, MI 48362

Continental Minerals
11817 MOSTELLER RD
Cincinnati, OH 45241

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Corrosion Fluid Products
DEPT. 78278
Detroit, MI 48278

CROP Production Services
7060 CRAWF-CAMP RD.
Eaton, OH 45320

Crown Personnel Services Inc.
P.O. Box 1848
Dayton, OH 45401

Cummings Moore Graphite Company
1646 M. GREEN AVE.
Detroit, MI 48219

Dan Miller
2226 STEWART RD.
Xenia, OH 45385

Dayton Power & Light
Attn: Bankruptcy Dept
PO Box 1247
Dayton, OH 45401

Dayton Stencil Works Company
P.O. Box 126
Dayton, OH 45401

Dayton Supply & Tool Co.
P,O. Box 98412
Chicago, IL 60693

Dayton Windustrial Co.
137 E. Helena Street
Dayton, OH 45404

DeCanio Builders Supply Inc.
P.O. Box 528
Hinsdale, IL 60522

Dixon Valve & Coupling
P.O. BOX 890559
Charlotte, NC 28289

Drillco Cutting Tools
13011 S. Choctaw Dr.
Baton Rouge, LA 70815

Eagle Equipment Corp
P.O. BOX 399
Westerville, OH 43086

Eaton Corporation
P.O. BOX 93531
Chicago, IL 60673

Elinore Thuermer
12 Canterbury Lane
Williamsburg, VA 23185

Engineers Tool Corp
116 WEST MAIN ST.
Lake City, IA 51449

Englefield Oil Co
1639 STANLEY AVE
Dayton, OH 45404

Ergodyne
NW8521
Minneapolis, MN 55485

Ernst Flow Industries
116 Main St
Farmingdale, NJ 07727

Exair Corporation
LOCATION 00766
Cincinnati, OH 45264

Eyewash Direct
2310 S. Green Bay Rd.
Racine, WI 53406

FCX Performance
3000 East 14th Ave.
Columbus, OH 43219

FedEx
P.O. BOX 223125
Pittsburgh, PA 15251

Fezco Holdings
5335 Far Hills Avenue
Dayton, OH 45429

Fezco Holdings
5700 Far Hills Avenue
Dayton, OH 45429

Fittings Unlimited
3000 AVE F
Arlington, TX 76011

Fletcher Machine, Inc.
19537 US Rt 6
Weston, OH 43569

Flexaust Company Inc.
P.O. BOX 4275
Warsaw, IN 46581

Flexible Technologies
P.O. BOX 905986
Charlotte, NC 28290

Garlock Rubber Technologies
P.O. BOX 403416
Atlanta, GA 30384

Gateway Safety
11111 MEMPHIS AVE
Cleveland, OH 44144

Global Environmental Products
4624 INTERSTATE DR
Cincinnati, OH 45246

Guardian Protective Wear
550 W. ROUTE 897
Reinholds, PA 17569

Hallowell
401 Jim Moran Blvd
Boca Raton, FL 33432

Hannay Reels
553 State Rt 143
Westerlo, NY 12193

Heritage Crystal Clean LLC
13621 COLLECTIONS CENTER
Chicago, IL 60693

Hilti Inc.
PO BOX 382002
Pittsburgh, PA 15250

Hoist Warehouse
DIV. OF CRANE AMERICA
Cincinnati, OH 45263

Home Rubber Company
PO BOX 878
Trenton, NJ 08605

Industrial Gasket & Shim Co., Inc.
200 Country Club Road
Meadow Lands, PA 15347

Industrial Ladder Supply Co.
4707 Enterprise Avenue #5
Naples, FL 34104

Industrial Plastics & Machine
6829 S. CHOCTAW DR.
Baton Rouge, LA 70806

Interior Supply
2655 VIKING LANE
Dayton, OH 45439

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

IPS Corporation
455 W Victoria St
Compton, CA 90220

ISSI LLC
1299 Campbell Road
Marion, OH 43302

Jon D. Thuermer
1976 Burnham Lane
Dayton, OH 45429

Jon D. Thuermer
1976 Burnham Lane
Dayton, OH 45429

Jon D. Thuermer
1976 Burnham Lane
Dayton, OH 45429

Jon D. Thuermer
1976 Burnham Lane
Dayton, OH 45429

K&M Fastener
94-F COMPARK RD
Dayton, OH 45459

Kano Laboratories, Inc.
P. O. Box 110098
Nashville, TN 37222

Karen Thuermer
212 N. Pitt Street
Alexandria, VA 22314-2591

Kentak Products Co.
P.O. BOX 979
East Liverpool, OH 43920

Kevin L. String Co., LPA
23 North Franklin Stree, Suite 11
Chagrin Falls, OH 44022

Koch Recovery
13058 Pondera Court
Victorville, CA 92395

Kraissl Company
PO BOX 2363
Hackensack, NJ 07601

Kuriyama of America, Inc.
P.O. BOX 91628
Chicago, IL 60693

Lagasse, Inc.
1339 SOLUTIONS CENTER
Chicago, IL 60677

Laird Plastics
75 REMITTANCE DRIVE
Chicago, IL 60675

Lenz Company
P.O.BOX 1044
Dayton, OH 45401

Liftex Corporation
48D VINCENT CIRCLE
Warminster, PA 18974

Linzer Products Corporation
248 WYANDANCH AVE
Amityville, NY 11701

M&R Electric
1516 E. 5th Street
Dayton, OH 45403

Materials Resources
815 Lester Avenue
Saint Joseph, MI 49085

McAllister Mills
173 Rainbow Cir Dr
Independence, VA 24348

McCabe & Sons
777 Clark Rd.
Danville, VT 05828

MCS Industrial Supply Co
Dept CH0075
Palatine, IL 60055

Mechanix Wear
28525 WITHERSPOON PARKWAY
Valencia, CA 91355

Medical Mutual of Ohio
PO Box 951922
Cleveland, OH 44193

Mercer Supply LLC
4460 WEST MITCHELL AVE
Cincinnati, OH 45232

Metabo Corporation
P.O. Box 824578
Philadelphia, PA 19182

Miami Valley Gasket Co. Inc
1222 East Third Street
Dayton, OH 45402

Michigan Drill
P.O. BOX 7012
Troy, MI 48007

Mid State Sales Inc
1101 GAHANNA PARKWAY
Columbus, OH 43230

Midland Metal Mfg. Co
P.O. BOX 415040
Kansas City, MO 64141

Midstate Tool & Supply
121 HALBRITTER DR
Altoona, PA 16601

Midwest Industrial Products
7424 BESSEMER AVE
Cleveland, OH 44127

MOL Belting Company
P.O. BOX 141095
Grand Rapids, MI 49514

Motion Industries
7400 Webster Street
Dayton, OH 45404

Mulhern Belting Inc.
P.O. BOX 620
Oakland, NJ 07436

MW Hott Co.
P.O. BOX 62020
Cincinnati, OH 45242

National Access Design
3719 LONSDALE ST.
Cincinnati, OH 45227

National Marker Company
100 Providence Pike
North Smithfield, RI 02896

Norcross Safety Products
7993 COLLECTIONS CENTER DR
Chicago, IL 60693

North Safety Products
P.O. BOX 11396
MONTREAL, QU N3C 5H1

Novaflex Hose
DIV. OF UNICHEM HOSE
1201 W 37th Street
Chicago, IL 60609

Ohio Attorney General
Revenue Recovery Services Collections
150 E Gay St 21st Floor
Columbus, OH 43215

Ohio Hydraulics
2510 E. Sharon Rd.
Cincinnati, OH 45241-1891

OnDeck Capital
901 N. Stuart St., Suite 700
Arlington, VA 22203

OnDeck Capital
1400 Broadway
25th Floor
New York, NY 10018

Oregon Pneumatic Tool
15635 SE 114TH AVE. SUITE 105
Clackamas, OR 97015

ORS Nasco
3706 Solutions Center
Chicago, IL 60677

OSHKOSH TOOL COMPANY INC
P.O. Box 464
Omro, WI 54963

OSRAM SYLVANIA, INC
18725 N UNION STREET
Westfield, IN 46074

PACIFIC ECHO
23540 TELO AVENUE
Torrance, CA 90505

Pallet Rack Supply
2042 Northwest Dr.
Cincinnati, OH 45231

PAYCHEX, Inc.
P.O. BOX 4482
Carol Stream, IL 60197

PFERD Milwaukee Brush Co.
30 Jytek Drive
Leominster, MA 01453-5915

Pickrel Brothers Inc.
901 S. Perry St.
Dayton, OH 45402

Preferred Tool & Equipment
PO Box 1004
Wixom, MI 48393-1004

PREMIER SAFETY & SERVICE, INC
3063 DRYDEN ROAD
Dayton, OH 45439

PRESSURE CONNECTIONS
610 CLAYCRAFT RD.
Columbus, OH 43230

PRESSURE SPRAY, INC.
4814 PETER DRIVE
Cincinnati, OH 45246

Production Tool
P.O. Box 670587
Detroit, MI 48267

Protective Industrial Products
968 Albany Shaker Rd.
Latham, NY 12110

PUMA INDUSTRIES, INC.
P.O. BOX 140085
Memphis, TN 38114

R3 SAFETY
14418 COLLECTIONS CENTER
Chicago, IL 60693

Rawdon Myers, Inc.
300 Milford Parkway
Milford, OH 45150

Reassure America Life
P.O. Box 19099
Newark, NJ 07195-0099

Regional Supplies,Inc.
530 Collins Road
Marietta, GA 30066

RELTON CORPORATION
P.O. BOX 60019
Arcadia, CA 91066-6019

ROBINSON SALT SUPPLY
1202 PINE KNOLL COURT
Miamisburg, OH 45342

RODEM PROCESS
5095 CROOKSHANK RD
Cincinnati, OH 45238

Rudler PCS
1881 Dixie Highway
Suite 200
Covington, KY 41011

RYAN HERCO
1311 EAST SCHAAF RD.
Independence, OH 44131

Safety Zone, LLC
P. O. Box 85
Centerbrook, CT 06409

Sams Club
PO Box 530970
Atlanta, GA 30353

SBS PRODUCTS
2815 Coliseum Centre Drive
Charlotte, NC 28217

SCHMIDT MARKING SYSTEMS
6151 W. Howard Street
Niles, IL 60714

SCOTTISSUE
3275 DRYDEN RD.
Dayton, OH 45439

Shingle Belting
420 Drew Ct.
King of Prussia, PA 19406

SIEGLING AMERICA, INC.
P. O. BOX 60943
Charlotte, NC 28260

Sign Post Innovations
P.O. Box 8105
Scottsdale, AZ 85252

SKINNER BROTHERS COMPANY
1317 E. 5TH PLACE
Greenville, IN 47124

Small Business Term Loans
3301 University Drive, Suite 300
Pompano Beach, FL 33067

Snap On Industrial
3011 East Route 176
Crystal Lake, IL 60014

SNAP-ON INDUSTRIAL BRANDS
23001 NETWORK PLACE
Chicago, IL 60673-1230

SPEAKMAN
400 ANCHOR MILL RD
New Castle, DE 19720

Stanco Manufacturing, Inc.
2004 W. Main St.
Atlanta, TX 75551

STREAMLINE WASHDOWN EQUIPMENT
P.O. BOX 4179
Carlsbad, CA 92018-4179

STRONG HOLD PRODUCTS
PO Box 9043
Louisville, KY 40209

Superior Abrasives Inc.
P.O. Box 13086
Dayton, OH 45413

Swanson Tool Co., Inc.
211 Ontario Street
Frankfort, IL 60423-1649

TENNSCO
P.O. BOX 440307
Nashville, TN 37244-0307

Thaman Rubber Company
3280 Hageman St.
Cincinnati, OH 45241

The Cincinnati Insurance Companies
PO Box 145496
Cincinnati, OH 45250-5496

The Cincinnati Insurance Companies
PO Box 145496
Cincinnati, OH 45250-5496

Titan Fastener Products, Inc.
2627 Sidney Lanier Drive
Brunswick, GA 31525

TR3 COMPANY
PO BOX 427
Columbia, KY 42728

TRI-STATE WIRE AND ROPE
5246 WOOSTER PIKE
Cincinnati, OH 45226

TRIAD TECHNOLOGIES LLC
P.O. BOX 634626
Cincinnati, OH 45263-4626

TRU-SERVE CORPORATION
P.O. BOX 71301
Chicago, IL 60694-1301

TRUSERV CORP.
31695 STEPHENSON HWY
Madison Heights, MI 48071-1672

TRUSERV CORPORATION
P.O. BOX 640004
Pittsburgh, PA 15264-0004

U.S. Attorney -- Dayton
602 Federal Building
200 West Second Street
Dayton, OH 45402

U.S. Attorney General
Main Justice Building Room 5111
10th & Constitution Ave. N.W.
Washington, DC 20530

U.S. Hose and Coupling, Inc.
PO BOX 13180
Dayton, OH 45413

UPS FREIGHT
28013 NETWORK PLACE
Chicago, IL 60673-1280

US Bank
Bankruptcy Department
Box 5229
Cincinnati, OH 45201

US Bank Visa
PO Box 790408
Saint Louis, MO 63179-0408

Vectren Energy Delivery
PO Box 6262
Indianapolis, IN 46206

VSM ABRASIVES
1012 EAST WABASH AVE
O Fallon, MO 63366

WALTER SURFACE TECHNOLOGIES
810 DAY HILL RD.
Windsor, CT 06095

Waltz Dettmer Supply Co.
4811 Winton Rd.
Cincinnati, OH 45232

WATERLOO INDUSTRIES INC.
75 REMITTANCE DR.
Chicago, IL 60675-1014

WEAVER LEATHER
P.O. BOX 68
Mount Hope, OH 44660

Webstone Company
P.O. Box 59
Worcester, MA 01603

Weiler Welding
324 E. 2nd Street
Dayton, OH 45402-1759

WELDING MATERIAL SALES
1340 REED ROAD
Geneva, IL 60134

Wells Fargo Equipment Finance
Manufacturer Service Group
300 Tri State International, Suite 400
Lincolnshire, IL 60069

WEST CHESTER HOLDINGS, INC
3128 RELIABLE PARKWAY
Chicago, IL 60686

William J. Liss, Esq.
Santen & Hughes
600 Vine Street, Suite 2700
Cincinnati, OH 45202

Winar/#1 Sales, Inc.
P.O. Box 270
Richfield, OH 44286

WORTHINGTON CYLINDER
1085 DEARBORN DR
Columbus, OH 43085

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Moraine Industrial Supply, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Moraine Industrial Supply, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 27, 2014**

Date

**/s/ Scott A. Kramer**

**Scott A. Kramer 0071997**

Signature of Attorney or Litigant

Counsel for   **Moraine Industrial Supply, Inc.**

**Scott A. Kramer, Esq.**
**93 W. Franklin Street**
**Suite 103**
**Dayton, OH 45459**
**(937) 222-1700 Fax:(937) 224-0420**
**kramerbankruptcy@yahoo.com**